# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

SCOTT GILBERT,             :    Case No. 1:18-cv-22
                        :
      Plaintiff,       :    Judge Timothy S. Black
                        :    Magistrate Judge Karen L. Litkovitz
vs.                     :
                        :
COMMISSIONER OF SOCIAL   :
SECURITY,              :
                        :
      Defendant.     : 

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 7, 2019, submitted a Report and Recommendation.  (Doc. 22).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety and

Accordingly, for the reasons stated above:

1) The Commissioner's decision is **AFFIRMED**, as that decision is supported by substantial evidence;

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: _____2/13/19_____          _____*s/ Timothy S. Black*_____
                                        Timothy S. Black
                                        United States District Judge